```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

IN RE:                                        :       04 md 1603 (SHS)
                                                      This document relates to:
OXYCONTIN ANTITRUST LITIGATION.               :       11 Civ. 2037, 11 Civ. 2400, 11 Civ. 4694
                                                      12 Civ. 897, 12 Civ. 5082, 12 Civ. 5083,
                                              :       12 Civ. 7582

-----------------------------------------------------------------x      ORDER

SIDNEY H. STEIN, U.S.D.J.

      The trial of these actions having been completed on October 15, 2013,

      IT IS HEREBY ORDERED that:

      1.    Each side's post trial brief for the issues on which it bears the burden of proof is due on or before November 6, 2013, and shall not exceed 45 pages;

      2.    Responding briefs are due on or before November 20, 2013, and shall not exceed 45 pages;

      3.    Proposed findings of fact and conclusions of law are due on or before November 27, 2013; and

      4.    Reply briefs are due on or before November 27, 2013, and shall not exceed 20 pages.

Dated: New York, New York
       October 16, 2013

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.